# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at* www.azd.uscourts.gov

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 28, 2013

Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue, Room 740
Portland OR 97204-2802


Re:   USA vs Silva-Mendoza
      Our Magistrate Case No. 4:13-mj-12397
      Your Criminal No: 3:11CR00467-009-MO

Dear Clerk:

  In connection with the above-entitled Removal Proceedings, enclosed are the instructions for retrieving electronic case files.
  Please acknowledge receipt of same on the copy of this letter and return to the Tucson office for filing.


BRIAN D. KARTH, CLERK

  /s/ A. Smith
  A. Smith, Deputy Clerk


cc:   US Attorney, District of Oregon, Portland

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:13−mj−12397−N/A−DTF−1

| | |
|---|---|
| Case title: USA v. Silva−Mendoza | Date Filed: 06/25/2013 |
| Other court case number: 3:11CR00467−009−MO District of Oregon (Portland) | Date Terminated: 06/27/2013 |

Assigned to: Magistrate Unassigned
Referred to: Magistrate Judge D Thomas Ferraro

**Defendant (1)**

| | | |
|---|---|---|
| **Lino Mercelo Silva−Mendoza**<br>*TERMINATED: 06/27/2013*<br>also known as<br>Silva−Mendoza<br>*TERMINATED: 06/27/2013*<br>also known as<br>Lino Marcelo Silva−Mendoza<br>*TERMINATED: 06/27/2013* | represented by | **Antonio Lopez Zapata**<br>Zapata Law Firm<br>455 W Paseo Redondo<br>Tucson, AZ 85701<br>520−624−1616<br>Email: zapatalaw@cox.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Failing to obey all laws(Commission of Federal Offense Illegal Entry | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew G Eltringham**<br>US Attorneys Office<br>405 W Congress St., Ste. 4800<br>Tucson, AZ 85701<br>520−620−7464<br>Fax: 520−620−7320<br>Email: matthew.eltringham@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2013 | 1 | Arrest (Rule 40) of Lino Mercelo Silva–Mendoza (JKM) (JKM). (Entered: 06/27/2013) |
| 06/25/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge D Thomas Ferraro: Initial Appearance in Rule 5(c)(3) Proceedings held on 6/25/2013., Interpreter required for Lino Mercelo Silva–Mendoza (1) SPANISH. Defendant states true name: LINO MARCELO SILVA–MENDOZA Detention Hearing/Removal Hearing set for 6/27/2013 at 10:30 AM before Magistrate Judge D Thomas Ferraro. Antonio Zapata(CJA) is appointed as counsel of record. (Recorded by COURTSMART.) Hearing held 2:29 p.m. to 3:25 p.m..(JKM) (Entered: 06/27/2013) |
| 06/27/2013 | 4 | Minute Entry for proceedings held before Magistrate Judge D Thomas Ferraro: Rule 5(c)(3) Identity Hearing as to Lino Marcelo Silva–Mendoza waived on 6/27/2013. Warrant of Removal to be issued, Added attorney Matthew G Eltringham for USA. TRUE NAME is Lino Mercelo Silva–Mendoza. (Recorded by COURTSMART.) Hearing held 11:16 AM to 11:17 AM.(ALS) (Entered: 06/28/2013) |
| 06/27/2013 | 5 | WAIVER of Rule 5(c)(3) Hearing by Lino Mercelo Silva–Mendoza (ALS) (Entered: 06/28/2013) |
| 06/27/2013 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Lino Mercelo Silva–Mendoza. Defendant committed to District of District of Oregon. Signed by Magistrate Judge D Thomas Ferraro on 6/27/2013.(ALS) (Entered: 06/28/2013) |
| 06/28/2013 | 7 | Letter to the District of Oregon, Portland as to Lino Mercelo Silva–Mendoza. (ALS) (Entered: 06/28/2013) |

**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - TUCSON**                                                      **MAGISTRATE JUDGE'S MINUTES**

DATE: 6/25/2013          CASE NUMBER: 13-12397M

USA vs. Lino Mercelo Silva-Mendoza

U.S. MAGISTRATE JUDGE: D. THOMAS FERRARO    Judge #: 70BU

U.S. Attorney  Matthew Eltringham(duty)                    INTERPRETER REQ'D  Dan Miller

Attorney for Defendant  Laura Conover (IA only)

INITIAL APP: ☒ HELD    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☐ CUSTODY

☒ Complaint Filed  ☒ DOA 6/24/2013           ☐ Warrant Other District       ☒ **Financial Afdvt taken**
                                             ☐ Warrant Phx Div.             ☐ No Financial Afdvt taken
                                             ☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be __Lino Marcelo Silva-Mendoza__.
   Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f)
   is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ 18§ 3142(f) ☐ 18§ 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING:** ☐ Held ☐ Cont'd<br>Set for: 6/27/2013 at 10:30 AM<br>before: MAGISTRATE JUDGE FERRARO | **REMOVAL HEARING:** ☐ Held ☐ Waived<br>Set for: 6/27/2013 at 10:30 AM<br>before: MAGISTRATE JUDGE FERRARO |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the __Oregon__ where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____, that there is probable cause to believe that this defendant is the _____, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER:  Antonio Zapata (CJA) is appointed counsel of record.

Recorded by Courtsmart          IA: 0
BY:  Rose Chavez
Deputy Clerk                    Start time: 2:29
                                Stop time:  3:25

**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - TUCSON**                                              **MAGISTRATE JUDGE'S MINUTES**

DATE:  6/27/2013            CASE NUMBER:   13-12397M

USA vs.   Lino Mercelo Silva-Mendoza

U.S. MAGISTRATE JUDGE:  MAGISTRATE D. THOMAS FERRARO   Judge #: 70BU

U.S. Attorney   Beverly Anderson for Matthew Eltringham          INTERPRETER REQ'D   Ronald Zellon

Attorney for Defendant  Antonio Zapata (CJA)

| | |
|---|---|
| **DETENTION HEARING**: ☐ Held  ☐ Cont'd<br>Set for:<br>before: | **REMOVAL HEARING**: ☐ Held  ☒ Waived<br>Set for:<br>before: |
| Gov't's request for detention ☐ Granted ☐ Denied | ☒ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☒ Defendant Ordered temporarily detained pending Detention Hearing in charging district.<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the   Oregon   where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg.  The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the   District of Oregon   , that there is probable cause to believe that this defendant is the  **Lino Mercelo Silva-Mendoza**, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER:

Recorded by Courtsmart  
BY:  Molly Frasher  
Deputy Clerk                    Removal Hrg:   1

Start time:   11:16  
Stop time:    11:17

Form AZ WVR PB (REV 7/99)  **WAIVER OF REMOVAL HEARING**

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF ARIZONA

```
                    FILED ____  LODGED ____
                    RECEIVED ____  COPY ____

                        JUN 27 2013

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

Magistrate Judge's Docket No. 13-12397M

Case No. 11-CR-00467-009-MO

United States of America          )
                                  )
        v                         )
                                  )   **WAIVER OF REMOVAL HEARING**
                                  )
Lino Mercelo Silva-Mendoza        )


I, Lino Mercelo Silva-Mendoza, charged in a proceeding pending in the District of **Oregon**, with violation of 18:3583; VIO. SUPERVISED RELEASE and having been arrested in the District of Arizona and taken before D. THOMAS FERRARO, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before Judge Ferraro and consent to the issuance of a warrant for my removal to the District of **Oregon** where the aforesaid charge is pending against me. I further waive the presentment of the original/certified copy of the warrant from the District of **Oregon** in the District of Arizona.

DATE: 6/27/2013

_____
DEFENDANT SIGNATURE

_____
Witness

_____
UNITED STATES MAGISTRATE JUDGE

CC: M. Eltringham; Zapata, A.; PTS;

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 13-12397M |
| Lino Mercelo Silva-Mendoza | ) |
| *Defendant* | ) Charging District's Case No. 11-CR-00467-009-MO |

RECEIVED
JUN 27 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Oregon,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: Spanish.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: Jun 27, 2013

*Judge's signature*

D. Thomas Ferraro, United States Magistrate Judge
*Printed name and title*

Copies Distributed: USM (orig, 1cc)